holds after the separation. Therefore it cannot be necessarily true that the wife should be furnished with funds to maintain the scale of living to which she was accustomed before the separation, and the court will determine the amount of alimony by considering what would be appropriate in the light of the incomes and resources of the parties."

For the foregoing reasons, the judgment of the Circuit Court of Cook County is affirmed.

Judgment affirmed.

DIERINGER, P. J., and BURMAN, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ERNEST OUSLEY, Defendant-Appellant.

(No. 59637;

First District (4th Division)—January 22, 1975.

Opinion by Mr. JUSTICE JOHNSON.

James J. Doherty, Public Defender, of Chicago (Vincent M. Gaughan, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Scott W. Petersen, Assistant State's Attorneys, of counsel), for the People.

CHESTER A. STARK, d/b/a CHESTER A. STARK & ASSOCIATES, Plaintiff-Appellant, Cross-Appellee, *v.* RALPH F. ROUSSEY & ASSOCIATES, INC. *et al.*, Defendants-Appellees, Cross-Appellants.

(No. 60189;

First District (4th Division)—January 22, 1975.

James A. Regas, of Chicago, for appellants.